FILED

09/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0252

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

NATHAN EDWARD HOWARD, JOSEPH
BULLINTON and JONATHAN
HETTINGER,

     Defendants and Appellants.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 26, 2021, within which to prepare, serve, and file its response brief.

CMF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 21 2021